## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:11-CR-252-GMN (GWF) |
| ) | |
| CLAYTON JOHN, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 3, 2012, defendant CLAYTON JOHN pled guilty to Count One of a Two-Count Criminal Indictment charging him in Count One with Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Section 922(g)(1). Docket #1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum and the offense to which defendant CLAYTON JOHN pled guilty. #1.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.    a Harrington & Richardson Sportsman nine shot revolver, with a shortened barrel measuring approximately 1 3/4", with #S12 on the side, and an unknown serial number; and

    b.    any and all ammunition ("property").

1 | This Court finds the United States of America is now entitled to, and should, reduce the
2 | aforementioned property to the possession of the United States of America.

3 | NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4 | United States of America should seize the aforementioned property.

5 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6 | CLAYTON JOHN in the aforementioned property is forfeited and is vested in the United States of
7 | America and shall be safely held by the United States of America until further order of the Court.

8 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9 | shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10 | website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11 | the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12 | the name and contact information for the government attorney to be served with the petition,
13 | pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
15 | filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17 | shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18 | following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

. . .

. . .

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.
5    **DATED** this 4th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge